# SEALED



**FILED**
Jan 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00014-SAB |
| Plaintiff, | |
| v. | [PROPOSED] SEALING ORDER |
| LOUIS TORRES, | **UNDER SEAL** |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, supporting affidavit and arrest warrant in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, and this court's sealing order, be kept under seal until further order of the court. Access to the sealed documents is limited to the government. Upon defendant's arrest on the arrest warrant, counsel for the defendant may access the affidavit in support of the complaint and arrest warrant.

**Jan 18, 2022**
DATED

_____
U.S. MAGISTRATE JUDGE

SEALING ORDER

1