IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS TORRES, <br><br> Defendant. | CASE NO. 1:22-MJ-00014-SAB <br><br> [PROPOSED] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: **Jan 20, 2022**

STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT